Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock, TX 79424
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

DOUGLAS ROBINSON CAMPBELL II

CASE NO: 11-70240-HDH-13
HEARING DATE: 12/18/2013
HEARING TIME:  10:00am

## TRUSTEE'S LIST OF WITNESSES AND EXHIBITS FOR MOTION TO DISMISS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The following persons and documents are identified and intended to be used as Witnesses and Exhibits by Walter O'Cheskey, Chapter 13 Trustee, for the Trustee's Motion to Dismiss Case with Prejudice to be heard on 12/18/2013 at 10:00am.

## WITNESSES

1. Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola Ave., Suite 100,  Lubbock, TX 79424

2. Brent Hagen, Office of the Standing Trustee, 6308 Iola Ave., Suite 100,  Lubbock, TX 79424

3. Angela Gonzales, Office of the Standing Trustee, 6308 Iola Ave., Suite 100,  Lubbock, TX 79424

## EXHIBITS

1. Exhibit A (Trustee record of receipts available on Trustee's website http://www.trustee13.com/.)

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's List of Witnesses and Exhibits for Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

DOUGLAS ROBINSON CAMPBELL II 500 W MAGNOLIA  WICHITA FALLS TX 76367

HANK RUGELEY, ESQUIRE DAVISON RUGELEY LLP 900 EIGHTH STREET SUITE 1102 WICHITA FALLS TX 76301

Date:    11/19/2013

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee